**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-03394-001-TUC-RM (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Ana Yubenisse Madrigal-Nunez, | |
| Defendant. | |

Following a bench trial on February 27, 2020, the Court took this matter under advisement. (Doc. 36.) The Court has reviewed the record and the parties' exhibits, including the material witness deposition video. (*See* Doc 38.) Accordingly, the Court finds that:

(1) The Government **has proved all the elements beyond a reasonable doubt** of Conspiracy to Transport Illegal Alien(s) for Profit, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i), as charged in **Count One**.

(2) The Government **has proved all the elements beyond a reasonable doubt** of Transportation of Illegal Alien Jarvey Orozco-Gomez, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) and 18 U.S.C. § 2, as charged in **Count Two**.

(3) The Government **has not proved all the elements beyond a reasonable doubt** of Transportation of Illegal Alien V. A. G.-G., in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) and 18 U.S.C. § 2, as charged in **Count Three**.

Accordingly,

**IT IS THE JUDGMENT OF THE COURT** that Defendant Ana Yubenisse Magrigal-Nunez is: (1) **Guilty** of Count One; (2) **Guilty** of Count Two; and (3) **Not Guilty** of Count Three.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED**:

(1) Sentencing is set for **May 26, 2020 at 1:30 p.m.**, before the Honorable Rosemary Márquez, in Courtroom 5A of the United States District Court for the District of Arizona, Evo A. DeConcini U.S. Courthouse, 405 W. Congress St., Tucson, AZ 85701.

(2) Probation is directed to prepare a Presentence Report.

(3) Any objection(s) to the Presentence Report shall be filed no later than 14 days after receiving the Presentence Report, pursuant to Federal Rule of Criminal Procedure 32(f)(1).

(4) Any response to the objection(s) to the Presentence Report shall be filed no later than seven (7) days after receiving the objection(s).

(5) All sentencing memoranda shall be filed no later than five (5) business days prior to sentencing.

(6) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of sentencing; additionally, counsel shall telephonically notify chambers when filing a Motion to Continue when the sentencing is set within two (2) business days.

Dated this 13th day of March, 2020.

_____
Honorable Rosemary Márquez
United States District Judge